■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS NIECKARZ, Appellant, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Appeal from a judgment of the Supreme Court at Special Term, entered April 22, 1977 in Clinton County, which dismissed a writ of habeas corpus, after a hearing. Judgment affirmed, without costs (see *People ex rel. Green v La Vallee,* 57 AD2d 675, mot for lv to app den 42 NY2d 805; *People ex rel. Vess v La Vallee,* 55 AD2d 968). Sweeney, J. P., Kane, Staley, Jr., Larkin and Herlihy, JJ., concur.